IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

RECEIVED
IN CLERK'S OFFICE
MAY 07 2013
U.S. DISTRICT COURT
MID. DIST. TENN.

| | |
|---|---|
| MARSHALL H. MURDOCK, <br> Plaintiff, <br><br> vs. <br><br> TENNESSEE BOARD OF PAROLES AND PROBATION; PATSY BRUCE, YUSUF A. HAKEEM, RONNIE COLE, JOE HILL, LISA M. JONES, ANTHONY JOHNSON, CHARLES TRAUGHBER, Chairman; TENNESSEE DEPARTMENT OF CORRECTION; DERRICK SCHOFIELD, Commissioner; TENNESSEE ATTORNEY GENERAL, ROBERT E. COOPER, JR., <br> Defendants. | Case No.: 3:12-cv-01244 <br> Judge Sharp <br><br> ORDER: <br><br> This motion is denied as moot. (See Docket Entry No. 22). <br><br> John Bryant, <br> USMJ |

---

**MOTION TO ADD NEWLY NAMED DEFENDANT UNDER PERMISSIVE
JOINDER PURSUANT TO F.R.Cv.P. RULE 20(a)(2)(A)(B)**

---

COMES NOW, Marshall H. Murdock, plaintiff in the above case number who deposes and avers the following:

1. That he is the plaintiff in the above case number and above entitled cause of action on behalf of himself and is desirous of having a resolution to this matter sine mora;

2. That Amanda Fisher is the Parole Hearings Director of the Tennessee Board of Probation and Paroles and is responsible for the day-to-day operations of the parole board members and for the implementation of rules, seeing that the policies of the Tennessee Board of Probation and Paroles are followed and that State and Federal