RECEIVED
IN CLERK'S OFFICE

MAY 0 7 2013

U.S. DISTRICT COURT
MID. DIST. TENN.

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| MARSHALL H. MURDOCK, | § | |
| Plaintiff, | § | Case No.: 3:12-cv-01244 |
| | § | Judge Sharp |
| vs. | § | |
| | § | |
| TENNESSEE BOARD OF PAROLES AND | § | |
| PROBATION; PATSY BRUCE, YUSUF A. | § | |
| HAKEEM, RONNIE COLE, JOE HILL, | § | |
| LISA M. JONES, ANTHONY JOHNSON, | § | |
| CHARLES TRAUGHBER, Chairman; | § | |
| TENNESSEE DEPARTMENT OF | § | |
| CORRECTION; DERRICK SCHOFIELD, | § | |
| Commissioner; TENNESSEE ATTORNEY | § | |
| GENERAL, ROBERT E. COOPER, JR., | § | |
| Defendants. | § | |

ORDER:
Motion for leave
to file documents
is granted.

John Bryant,
USMJ

MOTION TO INCORPORATE FURTHER DOCUMENTARY
EVIDENCE, i.e. FINAL DISPOSITION OF PAROLE APPEAL
AS REQUIRED BY COURT RULES AND STATUTES

COMES NOW, Marshall H. Murdock, TDOC Number 363417, by and through himself acting *pro se*, hereby attaches and files a final disposition of Movant's parole appeal from the Tennessee Board of Paroles and Probation as required by Court Rules and Statutes.

Movant submits a final disposition of his October 8, 2012, parole appeal from the Board of Paroles by Amanda Fisher, Parole Hearing Director dated February 4, 2013. As with his prior October 27, 2006 parole hearing as well as his October 8, 2012, parole hearing Movant was denied parole due to the "seriousness of the offense" with no explanation of why he was denied other then the "seriousness of the offense." A rule of Constitutional Law regarding cases on collateral review by the United States Supreme Court that "seriousness of the offense"