IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
AT NASHIVLLE

RECEIVED
IN CLERK'S OFFICE
SEP 23 2013
U.S. DISTRICT COURT
MID. DIST. TENN.

MARSHALL H. MURDOCK,
Petitioner;

vs.

Case No. 3:12-cv-01244
Hon.: SHARP/BRYANT

TENNESSEE BOARD OF PAROLES AND
PROBATION; PATSY BRUCE, YUSUF A.
HAKEEM, RONNIE COLE, JOE HILL,
LISA M. JONES, ANTHONY JOHNSON,
RICHARD MONTGOMERY, Chairman;
TENNESSEE DEPARTMENT OF
CORRECTION; DERRICK SCHOFIELD,
Commissioner; TENNESSEE ATTORNEY
GENERAL, ROBERT E. COOPER, JR.,
Respondent.

ORDER:
Motion denied.
John Bryant
USMJ

## MOTION TO INCORPORATE DOCUMENTARY EVIDENCE AS REQUIRED BY COURT RULES & STATUTE

**COMES NOW**, Plaintiff Marshall H. Murdock, TDOC No.: 363417, by and through himself acting *pro se*, hereby submits the following letter by Alex Friedmann, a well known inmate rights advocate concerning Project Vote Smart and the <u>NEW</u> Tennessee Board of Paroles and Probation Members who have apparent biases against granting parole and have strengthen penalties and sentences for "violent" felons such as Plaintiff in this case.

Tennessee Board of Paroles and Patsy Bruce "mishandling" Petitioner's parole hearing: A hearing is to grant or deny parole, not to inform of a predetermined decision to deny parole. This is illegal and arbitrary and voids plaintiff's right to be "considered" eligible by a fair and