UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **MARSHALL MURDOCK,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 3:12-cv-01244 |
| | ) | **Judge Sharp** |
| v. | ) | |
| | ) | |
| **STATE OF TENNESSEE,** *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

Pending before the Court is a Report and Recommendation ("R & R") of the Magistrate Judge, recommending that Defendants Bruce, Cooper, Cole, Hakeem, Hill, Johnson, Jones, Schoefield, Traughber and Tennessee Board of Parole's Motions to Dismiss or, in the Alternative, for Summary Judgment (Docket Nos. 43 & 56) be denied. (Docket No. 71). No objections were made to the R & R.

Where no objections are made to the R & R, "[t]he district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." Fed. R. Civ. P. 72(b). Having thoroughly reviewed the record in this case and the applicable law in accordance with Rule 72(b), the Court will accept the R & R.

Accordingly, the Court hereby rules as follows:

1. The Report and Recommendation (Docket No. 71) is hereby ACCEPTED and APPROVED; and

2. Defendants' Motions to Dismiss or, in the Alternative, Motions for Summary Judgment (Docket Nos. 43 & 56) are hereby DENIED.

This action is hereby returned to the Magistrate Judge for further pretrial management in accordance with Local Rule 16.01.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE