UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| MARSHALL H. MURDOCK, | ) |
| Plaintiff, | ) ) ) |
| | ) Civil No. 3:12-cv-1244 |
| v. | ) Judge Sharp |
| | ) |
| PATSY BRUCE, et al., | ) ) |
| Defendants. | ) |

## ORDER

Pending before the Court is a Report and Recommendation ("R & R") of the Magistrate Judge (Docket No. 97), recommending that Plaintiff Marshall H. Murdock's Motion for Summary Judgment (Docket No. 84) be denied for failure to comply with Local Rule 56.01. The R & R also recommended that Defendants' Motion to Strike (Docket No. 90) be denied as moot. Plaintiff has not objected to the R & R.

Where no objections are made to the R & R, "[t]he district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." FED. R. CIV. P. 72(b).

Having conducted a *de novo* review in accordance with Rule 72, the Court will accept the disposition set forth in the R & R. Accordingly, the Court rules as follows:

(1) The R & R (Docket No. 97) is hereby ACCEPTED and APPROVED;

(2) Plaintiff's Motion for Summary Judgment (Docket No. 84) is DENIED WITHOUT PREJUDICE; and

(3) Defendants' Motion to Strike (Docket No. 90) is DENIED AS MOOT.

1

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE