# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| MARSHALL H. MURDOCK, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | NO. 3:12-cv-1244 |
|  | ) | JUDGE CRENSHAW |
| PATSY BRUCE, et al., | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Doc. No. 110), to which Plaintiff has responded (Doc. No. 114). The Court has reviewed the Report and Recommendation and conducted a *de novo* review of the record. The Report and Recommendation is **ACCEPTED** and **APPROVED**.

Accordingly, Plaintiff's Motion for Summary Judgment (Doc. No. 93) is **DENIED WITHOUT PREJUDICE**, and Defendants' motion to strike (Doc. No. 96) is **DENIED AS MOOT**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE