UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| MARSHALL H. MURDOCK, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 3:12-cv-01244 |
| | ) | JUDGE CRENSHAW |
| PATSY BRUCE, et al., | ) | |
| Defendants. | ) | |

# ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court **VACATES** the referral to the Magistrate Judge. (Doc. No. 146.)

Defendants' Motion to Dismiss (Doc. No. 141) is **GRANTED**. The Complaint is **DISMISSED WITH PREJUDICE**. The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE